IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRA BERNHEISEL,

    Plaintiff,

vs.                                               Case No. 21-CV-00037 KG/SCY

CYFD,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Memorandum Opinion and Order at (Doc. 24), the case *Terra Bernheisel v. CYFD*, 21-CV-00037-KG-SCY is hereby dismissed with prejudice.

    IT IS SO ORDERED.

                                                            UNITED STATES DISTRICT JUDGE